IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. GILLETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | 4:20-CV-3120<br><br>ORDER |

The Court has been advised that the parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. On or before August 30, 2023, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case may be dismissed without further notice.

4. The parties' pending motions in limine (filing 52; filing 55; filing 57; filing 60) are denied as moot.

5.  The Clerk of the Court shall set a dismissal papers deadline of August 30, 2023.

Dated this 31st day of July, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge